**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

MALIK A. MUNTAQIM
ADC #88633                                                                                           PLAINTIFF

V.                                         2:08CV00001 WRW/HDY

LARRY NORRIS *et al.*                                                                      DEFENDANTS

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice. The Court certifies, pursuant to 28 U.S.C. 1915(a)(3), that an *in forma pauperis* appeal from its order and this judgment entered thereunder, would not be taken in good faith.

DATED this 18th day of March, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE